UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ARAC BURT,
Plaintiff,
v.
UNITED STATES OF AMERICA,
Defendant.

Case No.: 25-cv-3428-RSH-SBC

**ORDER DISMISSING ACTION FOR FAILURE TO SERVE**

On December 4, 2025, Plaintiff filed this lawsuit against the United States, proceeding pro se. ECF No. 1. As of the date of this Order, Plaintiff has yet to file proof of service.

Rule 4(i) of the Federal Rules of Civil Procedure governs service of process on the United States and its agencies or employees:

> (1) *United States*. To serve the United States, a party must:
>
> (A) (i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
>
> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; [and]

> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; …
>
> ….
>
> (2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity*. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Fed. R. Civ. P. 4(i)(1), (2).

On June 2, 2026, the Court issued an Order to Show Cause ("OSC") directing Plaintiff to show cause on or before June 22, 2026 as to why this case should not be dismissed for failure to effect service pursuant to Rule 4(i) and Civil Local Rule 4.1(b). ECF No. 8 at 1-2. Plaintiff has failed to file proof of service and comply with the Court's OSC. *See* Docket.

For these reasons, the Court **DISMISSES** this action **WITHOUT PREJUDICE** pursuant to Rule 4(i). The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED**.

Dated: July 24, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge